UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of AIS GMBH AACHEN INNOVATIVE SOLUTIONS & ABIOMED EUROPE GMBH, Petitioners, For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thoratec LLC, | Case No. 5:16-mc-80094-HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 4 |

Richard T. McCaulley moves for leave to appear pro hac vice. Counsel wishing to appear pro hac vice in this district must have co-counsel who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Civ. L.R. 11-3(a)(3). Mr. McCaulley identifies co-counsel who has not been found on the membership rolls of the bar of this Court. Accordingly, the application for appearance in pro hac vice is denied, without prejudice to renew the request in compliance with Civil Local Rule 11-3.

SO ORDERED.

Dated: May 11, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:16-mc-80094-HRL Notice has been electronically mailed to:

Andrew Radsch    andrew.radsch@ropesgray.com, CourtAlert@RopesGray.com, drago.gregov@ropesgray.com, james.nowell@ropesgray.com

Richard T. McCaulley , Jr    Richard.McCaulley@ropesgray.com