UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Application of AIS GMBH AACHEN INNOVATIVE SOLUTIONS & ABIOMED EUROPE GMBH, Petitioners, For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thoratec, LLC | Case No. 5:16-mc-80094-HRL<br><br>**ORDER GRANTING APPLICATION FOR DISCOVERY IN AID OF FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 1 |

Pursuant to 28 U.S.C. § 1782, AIS GmbH Aachen Innovative Solutions and Abiomed Europe GmbH (collectively, petitioners), move for leave to conduct discovery of Thoratec, LLC (Thoratec) in aid of patent litigation pending in Germany. Thoratec, the accused infringer in the German actions, protests that the petitioners did not meet-and-confer before submitting the present application. However, petitioners correctly note that § 1782 applications typically are brought on an ex parte basis, and that the discovery target will then be given adequate notice of any discovery and have the opportunity to either participate in the discovery or to move to quash it.

Upon consideration of the application and the supporting papers, the court finds that the requirements of 28 U.S.C. § 1782 are satisfied. Petitioners' application therefore is granted, and they may serve their subpoena for documents and testimony. To the extent there are any confidentiality concerns with respect to the requested discovery, this court finds that such concerns

1 would be sufficiently addressed by a protective order, such as the one proposed by petitioners.
2 However, the court will give the parties an opportunity to meet-and-confer and encourages them to
3 attempt to agree on the terms of such an order.  Additionally, the instant order is without prejudice
4 to Thoratec to seek to quash the subpoena; but, in the event any discovery disputes arise, the
5 parties shall comply with the undersigned's Standing Order re Civil Discovery Disputes, which
6 (among other things) requires the submission of a joint discovery letter brief, rather than a noticed
7 motion.

    SO ORDERED.

Dated:   July 1, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California

5:16-mc-80094-HRL Notice has been electronically mailed to:

Andrew Radsch     andrew.radsch@ropesgray.com, CourtAlert@RopesGray.com, drago.gregov@ropesgray.com, james.nowell@ropesgray.com

Rebecca Rose Carrizosa     rebecca.carrizosa@ropesgray.com, a.j.peak@ropesgray.com, courtalert@ropesgray.com

Richard T. McCaulley , Jr     Richard.McCaulley@ropesgray.com

Roger J. Chin     roger.chin@lw.com, #sfdocket@lw.com

Terrence J.P. Kearney     terry.kearney@lw.com