| | |
|---|---|
| 1 | Andrew T. Radsch (CSB # 303665) |
| | andrew.radsch@ropesgray.com |
| 2 | Rebecca Rose Carrizosa (CSB # 252837) |
| | Rebecca.carrizosa@ropesgray.com |
| 3 | ROPES & GRAY LLP |
| 4 | 1900 University Avenue, 6th Floor |
| | East Palo Alto, California 94303-2284 |
| 5 | Tel: 650 617 4000 |
| | Fax: 650 617 4090 |
| 6 | |
| 7 | Richard T. McCaulley (*pro hac vice*) |
| | richard.mccaulley@ropesgray.com |
| 8 | ROPES & GRAY LLP |
| | 191 North Wacker Drive, 32nd Floor |
| 9 | Chicago, IL 60606 |
| | Tel: 312 845 1200 |
| 10 | Fax: 312 845 5500 |

Attorneys For Petitioners,
AIS GMBH AACHEN INNOVATIVE SOLUTIONS &
ABIOMED EUROPE GMBH

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re Application of AIS GMBH AACHEN INNOVATIVE SOLUTIONS & ABIOMED EUROPE GMBH, Petitioners, For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings, Pursuant to the Federal Rules of Civil Procedure, of Respondent Thoratec LLC | Case No. 16-MC-80094-HRL<br><br>**PETITIONERS' OPPOSITIONS TO THORATEC'S MOTION TO DISQUALIFY COUNSEL AND MOTION TO STAY DISCOVERY**<br><br>Hearing Date: August 23, 2016<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Hon. Howard R. Lloyd |

Petitioners AIS GmbH Aachen Innovative Solutions ("AIS") and Abiomed Europe GmbH ("Abiomed Europe") (collectively "Petitioners") hereby oppose Respondent Thoratec LLC's ("Thoratec") Motion to Disqualify Ropes & Gray (D.I. 19) and Motion for Stay of Discovery Pending Resolution of Motion to Disqualify Ropes & Gray (D.I. 20) (collectively "Thoratec's Motions").

Petitioners dispute the merits of Thoratec's Motions, but in the interest of advancing the discovery sought via the subpoena served pursuant to this Court's Order (D.I. 16), Petitioners will obtain new counsel. Petitioners will file a motion seeking permission for Ropes & Gray LLP to withdraw as soon as Petitioners' new counsel enters an appearance.

Petitioners submit that Thoratec's Motions are thus moot and respectfully request that the Court deny Thoratec's Motions, in the event that Thoratec does not withdraw Thoratec's Motions beforehand. Ropes & Gray contacted counsel for Thoratec to inform them of Ropes & Gray's intent to withdraw as counsel in this case and to seek confirmation that Thoratec will withdraw Thoratec's Motions based on Ropes & Gray's withdrawal, but counsel for Thoratec has not yet responded.

August 1, 2016

Respectfully submitted,

By: /s/ Andrew T. Radsch
 Andrew T. Radsch (CSB # 303665)
  andrew.radsch@ropesgray.com
 Rebecca Rose Carrizosa (CSB # 252837)
  Rebecca.carrizosa@ropesgray.com
 ROPES & GRAY LLP
 1900 University Avenue, 6th Floor
 East Palo Alto, California 94303-2284
 Tel:  650 617 4000
 Fax:  650 617 4090

 Richard T. McCaulley (*pro hac vice*)
  richard.mccaulley@ropesgray.com
 ROPES & GRAY LLP
 191 North Wacker Drive, 32nd Floor
 Chicago, IL  60606
 Tel:  312 845 1200
 Fax:  312 845 5500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys For Petitioners,
AIS GMBH AACHEN INNOVATIVE SOLUTIONS &
ABIOMED EUROPE GMBH

PETITIONERS' OPPOSITIONS TO MOTIONS
TO DISQUALIFY COUNSEL AND STAY DISCOVERY
Case No. 16-MC-800094-HRL

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 1, 2016, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil Local Rule 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil Local Rule 5-1 to accept that Notice as service of this document.

/s/ Andrew T. Radsch
Andrew T. Radsch