**FILED**

FEB 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: THORATEC LLC. <br> _____ <br><br> THORATEC LLC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, <br><br> Respondent, <br><br> AIS GMBH AACHEN INNOVATIVE SOLUTIONS and ABIOMED EUROPE GMBH, <br><br> Real Parties in Interest. | No. 17-71297 <br><br> D.C. No. 5:16-mc-80094-HRL <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: CANBY, TROTT, and WATFORD, Circuit Judges.

This petition for a writ of mandamus warrants an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer. The district court, within 14 days after the date of this order, may address the petition if it so desires. Petitioner may file a reply within 5 days after service of the answer.

SLL/MOATT

Following the completion of briefing, this petition shall be consolidated with appeal No. 17-16539 for purposes of calendaring and decision and referred to the panel assigned to decide the merits of the consolidated cases.

The Clerk shall serve this order on the district court and District Judge Edward J. Davila.